# EXHIBIT A

| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
|---|---|
| COUNTY OF WILLIAMS | NORTHWEST JUDICIAL DISTRICT |

Monte Wissel,

        Plaintiff,

vs.                              **SUMMONS**

United Rentals, Inc.,        Case No. _____

        Defendant.

THE STATE OF NORTH DAKOTA TO THE ABOVE NAMED DEFENDANT

    You are hereby summoned to answer the Complaint in this action and to serve a copy of your answer upon the subscriber within twenty-one (21) days after the service of this Summons upon you, exclusive of the date of service; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

    Dated this 11th day of November, 2021.

                        PRINGLE & HERIGSTAD, P.C.

                BY   */s/ Jim Nostdahl*
                        Jim Nostdahl - 3925
                        Attorneys for Plaintiff
                        2525 Elk Drive
                        P.O. Box 1000
                        Minot, ND 58702-1000
                        701-852-0381
                        jnostdahl@srt.com

| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF WILLIAMS | NORTHWEST JUDICIAL DISTRICT |

Monte Wissel,

    Plaintiff,

vs.

United Rentals, Inc.,

    Defendant.

**COMPLAINT AND JURY DEMAND**

Case No. _____

---

Plaintiff, for his complaint against Defendant, alleges as follows:

I.

At all times referred to herein, James Whitcomb was an employee of Defendant, United Rentals, Inc., and was acting within the scope of his employment.

II.

On October 1, 2018, Plaintiff was traveling north on US Highway 85 and was in the left lane, stopped for construction zone traffic. Terry Lynn, who was in the left lane traveling north, and directly behind Plaintiff, was also stopped for construction zone traffic, when Whitcomb rearended Lynn's pickup, pushing it forward and crashing it into the vehicle in which Plaintiff was occupying.

III.

As a proximate result of Whitcomb's negligence, Plaintiff suffered serious and permanent bodily injuries, and as a result, incurred medical expenses, loss of wages, and other economic loss.

IV.

As a proximate result of Whitcomb's negligence, Plaintiff suffered mental anguish, emotional distress, permanent impairment, and other noneconomic damages.

V.

As Whitcomb's employer, Defendant, United Rentals, Inc., is responsible, and liable, for his negligent acts.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For economic damages, in an amount to be proven at trial;

2. For non-economic damages, in an amount to be proven at trial;

3. For Plaintiff's costs, disbursements, and such other relief as the court deems just and appropriate.

Dated this 11th day of November, 2021.

> PRINGLE & HERIGSTAD, P.C.
>
> BY  /s/ Jim Nostdahl
> Jim Nostdahl - 3925
> Attorneys for Plaintiff
> 2525 Elk Drive
> P.O. Box 1000
> Minot, ND 58702-1000
> 701-852-0381
> jnostdahl@pringlend.com

2

## DEMAND FOR JURY TRIAL

Plaintiff, Monte Wissel, hereby makes a demand for trial by jury upon all issues.

Dated this 11th day of November, 2021.

                                                 */s/ Jim Nostdahl*
                                                 Jim Nostdahl – 3925
                                                 jnostdahl@pringlend.com
                                                 701-852-0381

3