# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Monte Wissell, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United Rentals, Inc., | ) | Case No. 1:21-cv-217 |
| | ) | |
| Defendant. | ) | |

On January 5, 2022, the parties filed a stipulation to stay proceedings for 90 days to permit them to focus on their settlement efforts. (Doc. No. 5). On January 6, 2022, the court adopted the parties' stipulation. (Doc. No. 6). More than 90 days have now passed. Accordingly, the court shall require the parties to submit by June 3, 2022, a report updating it on the status of this matter and otherwise advising how they would like to proceed.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court